FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2012 FEB 22 PM 1: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA,

vs.  CASE NO. 3:90-cr-201-J-20JRK

CORNELIUS F. NELSON
_____/

## ORDER

THIS CAUSE is before this Court on the parties "Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines" (Dkt. 381).

Pursuant to the Fair Sentencing Act of 2010, the United States Sentencing Commission promulgated an emergency, temporary sentencing guideline amendment lowering the base offense levels for cocaine base (crack cocaine) offenses for eligible defendants sentenced on or after November 1, 2010. A permanent amendment was subsequently promulgated, Amendment 750. That permanent amendment, which became effective November 1, 2011, assigns the same quantities of crack cocaine to the same base offense levels as did the emergency, temporary amendment. On June 30, 2011, the Sentencing Commission decided that the reduced base offense levels assigned to the quantities of crack cocaine, listed in the Drug Quantity Table at U.S.S.G. § 201.1 (c), should be applied retroactively to defendants sentenced before November 1, 2010.

Accordingly, this Court issued an Order (Dkt. 377) directing the United States Probation Office to prepare a supplement report stating whether Defendant was eligible for a reduction in his sentence pursuant to the provisions of the Amendment and U.S.S.G. § 1B1.10. The parties have reviewed that report, and have filed the instant joint stipulation in which they agree Defendant is not eligible for a reduction in his previously imposed term of imprisonment.

Accordingly, it is **ORDERED**:

Defendant's "Motion for Reduction in Sentence in Accordance with Retroactive Change in the Sentencing Guidelines" (Dkt. 374) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of February, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Patricia Barksdale, Esq.
Benjamin Singerman, Esq.
U.S. Probation Office